KUUKU MINNAH-DONKOH
KMINNAHDONKOH@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

March 19, 2014

**Via ECF**
Hon. Harold Baer, Jr. U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/14

      Re: Frederick Brown v. Crowdtwist, Inc.
           Docket No. 12-CV-6110 (HB)

Dear Judge Baer:

    Our office represents Defendant Crowdtwist, Inc. in the above referenced matter. Defendant respectfully requests an adjournment of the May 5, 2014 trial date as Defendant's lead trial counsel, Mercedes Colwin, will be out of town that week due to a previously scheduled family vacation. We have conferred with Plaintiff's counsel, Steven M. Warshawsky, who has consented to the adjournment requested herein. Both parties are available to start trial any date from May 19th through June 9th 2014.

    In addition to Defendant's request for an adjournment of the currently scheduled trial date, the parties jointly request a two week extension of time in which to submit the proposed joint pre-trial order, from April 17, 2014 to May 1, 2014.

    Thank you for considering this request. Should you have any questions or require any further information, please do not hesitate to contact me.

Denied

Very truly yours,

GORDON & REES LLP

*Kuuku Minnah-Donkoh*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 3/21/14

Kuuku Minnah-Donkoh

cc: Steven M. Warshawsky, Esq. (via ECF)

1082974/18910602v.1